## BAPKO METAL FABRICATORS, INC., a California corporation, Plaintiff–Appellant,

v.

ITT HARTFORD, a corporation; Hartford Insurance Company of the Midwest, a corporation, Defendants–Appellees.

No. 00–55755.

D.C. No. CV–99–00812–GLT.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2001 *.

Decided Oct. 15, 2001.

Before BRUNETTI, RYMER, and WARDLAW, Circuit Judges.

### MEMORANDUM **

We affirm for the reasons set forth in the district court's order granting summary judgment.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

